IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, LOCAL 2187,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JACQUELINE MARSHALL,<br><br>　　　　　Defendant. | CIVIL ACTION<br>NO. 18-723 |

## ORDER

**AND NOW**, this 16th day of April 2021, upon consideration of Plaintiff's Motion for Judgment on the Pleadings (Doc. No. 9), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Plaintiff's Motion (Doc. No. 9) is **DENIED**. It is **FURTHER ORDERED** that the case is **DISMISSED**. The Clerk of Court shall close this case for statistical purposes.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　/s/ Joel H. Slomsky
　　　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.